**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| XIANGXING HE, | No. 4:26-CV-00546 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| JESSICA SAGE, *et al.*, | |
| Respondents. | |

## ORDER

**APRIL 17, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. He's 28 U.S.C. § 2241 petition (Doc. 1) is **DENIED** without prejudice to his right to raise his claims in a future petition; and

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge